UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUDITH SLACK, on behalf of herself and
others similarly situated,

    Plaintiff,

v.                                                 Case No.  5:11-cv-468-Oc-10TBS

RELIASTAR LIFE INSURANCE COMPANY,

    Defendant.
_____

## ORDER

Pending before the Court is Defendant's Motion to Strike Class Action Allegations (Doc. 8).  Upon consideration of the motion, the Court finds that counsel has failed to comply with his obligations under M.D. FLA. R. 3.01(g) prior to filing the instant motion.  For this reason, the motion is DENIED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on February 28, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel